THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AURA ROSSI,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LAKEWOOD et. al.<br><br>    Defendant. | Case No.: 08-5244 RBL<br><br>ORDER GRANTING DISMISSAL OF CITY OF LAKEWOOD'S INDEMNITY CLAIM |

## I.     ISSUE

Pending before the Court is Defendant State of Washington Department of Social and Health Services' Motion to Dismiss (Dkt. #13). The State of Washington argues that indemnity claims by fourth-party Plaintiff City of Lakewood (Dkt. #8) are barred by the Eleventh Amendment. (Mot. to Dismiss, 1.) The City does not oppose the motion, but requests dismissal without prejudice. (Resp., 1) (Dkt. #14).

## II.     ORDER

The State of Washington's Motion to Dismiss (Dkt. #13) is **GRANTED**. Dismissal is without prejudice.

Dated this 2nd day of July, 2008

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE