# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON TAXATION OF COSTS

AURA ROSSI
        Plaintiff
   v.

CITY OF LAKEWOOD, LAKEWOOD
FIRE DEPARTMENT & PAUL WEBB,
        Defendants.
_____

CASE NUMBER: C07-5411RBL
C08-5244RBL

LAKEWOOD FIRE DEPARTMENT, et al.,
        Third-Party Plaintiffs,
   v.

CITY OF LAKEWOOD,
        Third-Party Defendant.

[ √ ]   **Decision by Clerk.**  This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Costs are taxed against PLAINTIFF and on behalf of DEFENDANT - CITY OF LAKEWOOD in the amount of $5,013.94.

    Costs are taxed against PLAINTIFF and on behalf of DEFENDANT - LAKEWOOD FIRE DEPARTMENT in the amount of $5,402.43.

*DATED:*  12/5/2008

                                    BRUCE RIFKIN
                          *Clerk*

                                    /s/ Jean Boring
                          *(By) Deputy Clerk*, Jean Boring